Same case below, 347 Fed. Appx. 320.

**No. 09-10695. Bobby Thompson, Petitioner v. United States.**

560 U.S. 974, 130 S. Ct. 3434, 177 L. Ed. 2d 342, 2010 U.S. LEXIS 4794.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 359 Fed. Appx. 900.

**No. 09-10699. Lorenzo Rantelle Nicholson, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3434, 177 L. Ed. 2d 342, 2010 U.S. LEXIS 4792.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 365 Fed. Appx. 465.

**No. 09-10703. Benjamin Smith, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3434, 177 L. Ed. 2d 342, 2010 U.S. LEXIS 4836.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-10707. Raymond Mayes, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3435, 177 L. Ed. 2d 342, 2010 U.S. LEXIS 4901.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 136.

**No. 09-10708. Brandon Michael Jones, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3435, 177 L. Ed. 2d 342, 2010 U.S. LEXIS 4867.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-10714. Clinton Williams, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3435, 177 L. Ed. 2d 342, 2010 U.S. LEXIS 4910.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 364 Fed. Appx. 41.

**No. 09-10716. Dan Charles Tompkins, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3435, 177 L. Ed. 2d 342, 2010 U.S. LEXIS 4897.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 67.

**No. 09-10720. Michael Dion Achrum, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3435, 177 L. Ed. 2d 342, 2010 U.S. LEXIS 4944.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 590 F.3d 795.